**RECEIVED**
IN LAKE CHARLES, LA

DEC 21 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GARY W. JETER | : | DOCKET NO. 06-0081 |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the Commissioner's motion to remand [doc. # 14] be, and it is hereby GRANTED. Pursuant to the fourth sentence of 42 U.S.C. §405(g) this matter is reversed and remanded to the Commissioner of Social Security for further proceedings in accordance with the report and recommendation.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 20 day of Dec, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE