U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

APR 11 2007

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GARY W. JETER | : | DOCKET NO. 06-00081 |
| VS. | : | JUDGE MINALDI |
| MICHAEL J. ASTRUE, COMMISSIONER, UNITED STATES SOCIAL SECURITY ADMINISTRATION | : | MAGISTRATE JUDGE WILSON |

## REPORT AND RECOMMENDATION

Presently before the court is Plaintiff's Application for Approval of an Attorney Fee under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA). [doc. # 20]. The motion has been referred to the undersigned magistrate judge for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

By judgment dated December 20, 2006, this matter was reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g). Thus, Plaintiff qualifies as a prevailing party. Plaintiff's attorney seeks fees of $ 2,287.50 (18.30 hours at $125/hour). The government informed court staff that it would not file an opposition to Plaintiff's motion.

Considering the lack of opposition, and after review of the record, this court concludes that the number of hours claimed is reasonable. Accordingly, it is RECOMMENDED that Plaintiff's application for attorney's fees and expenses be granted and that attorney's fees and expenses be fixed at $ 2,287.50 (18.30 hours at $ 125/hour).

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have ten (10) business days

from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 10th day of April, 2007.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE