RECEIVED
IN LAKE CHARLES, LA
JUN - 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GARY W. JETER | : | DOCKET NO. 06-00081 |
| VS. | : | JUDGE MINALDI |
| MICHAEL J. ASTRUE, COMMISSIONER, UNITED STATES SOCIAL SECURITY ADMINISTRATION | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's motion for attorney's fees [doc. # 20] is hereby GRANTED, and that fees and expenses are awarded in favor of plaintiff in the amount of $ 2,287.50.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29 day of May, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE