RECEIVED
IN LAKE CHARLES, LA
APR - 3 2009
PAT
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GARY W. JETER | : | DOCKET NO. 2:06-cv-81 |
| VS. | : | JUDGE MINALDI |
| COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that plaintiff's motion for an attorney's fee award pursuant to 42 U.S.C. § 406(b) should be granted in the amount of $6,281.25, conditioned, however, upon counsel's immediate remittance to the plaintiff, Gary W. Jeter, of $2,287.50 previously awarded by the court under the Equal Access to Justice Act.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2 day of April, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE